JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **MARIA DEL CARMEN DIAZ CHINCHILLAS**, individually and as successor-in-interest to EDUARDO NAVARRETE MORENO, Deceased, EDUARDO LORENZO NAVARRETE PALACIOS AND YOLANDA ARELY NAVARRETE PALACIOS, *Individually,*<br><br>Plaintiffs,<br><br>vs.<br><br>**DAP PRODUCTS, INC.**, et. al.<br><br>Defendants. | Case No.: CV 21-8181-MWF (MAAx)<br><br>**ORDER REMANDING ACTION** |

On November 12, 2021, the parties to the above-referenced action filed a Stipulation to Remand Removed Action to State Court. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is GRANTED;

2. Central District of California case number 2:21-cv-08181 styled *Chinchillas et al. v. DAP Products, Inc., et al,.* is hereby REMANDED to the Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: November 15, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the 12th day of November 2021, the foregoing Order was filed electronically via the Court's Case Management/Electronic Case Filing system and served upon all counsel of record via the same.

*Sylvia B. Iwai*
Sylvia B. Iwai

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28